IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **EDWING RENE CASTRO REYNOSO,** | : | |
| Petitioner, | : | |
| | : | Civil Action No. |
| v. | : | 3:10-CV-47 (CAR) |
| | : | |
| **DANNIE THOMPSON,** | : | |
| Respondent. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc.16] to dismiss the above captioned petition as untimely according to the provisions of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), 28 U.S.C. §2244(d). An Objection the Recommendation was filed [Doc. 17]. The Court has thoroughly considered Plaintiff's Objection and has made a *de novo* determination of the portions of the Recommendation to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 10th day of January, 2011.

                                                              S/ C. Ashley Royal
                                                              C. ASHLEY ROYAL, JUDGE
                                                              UNITED STATES DISTRICT COURT

jlr